The People of the State of Illinois ex rel. Harry H. Holz, appellee, v. City of Kankakee et al., appellants. Gen. No. 9,039.

Opinion filed April 13, 1936. Rehearing denied July 7, 1936.

Victor N. Cardosi and T. R. Johnston, for appellants. Noel A. Diamond, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.

Alfred Mess, appellant, v. Seth L. Pettit, appellee. Gen. No. 9,043.

Opinion filed April 13, 1936.

Bell, Farrar & Scott, for appellant; Earl L. Scott, of counsel. Stafford & Schoede, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.

Joseph Ingrassia and Nunzio Ingrassia, appellants, v. Daisy K. Magoon and Ezra P. Magoon, appellees. Gen. No. 8,944.

Opinion filed April 13, 1936.

North, Gibboney & North, for appellants. Hall & Dusher, for appellees.

Mr. Justice Dove delivered the opinion of the court.

Lawrence H. Williams, administrator of the estate of Stanley Buches, deceased, appellee, v. Chicago and North Western Railway Company, appellant. Gen. No. 8,993.

Opinion filed April 13, 1936.

D. T. Smiley, Nelson J. Wilcox and Nelson Trottman, for appellant. J. J. McCauley, for appellee.

Mr. Justice Dove delivered the opinion of the court.